GIBSON, DUNN & CRUTCHER LLP
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
  dmanthripragada@gibsondunn.com
PETER C. SQUERI, SBN 286249
  psqueri@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

MICHELE L. MARYOTT, SBN 191993
  mmaryott@gibsondunn.com
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone:    949.451.3800
Facsimile:    949.475.4668

Attorneys for Defendant Postmates Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DORA LEE, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>POSTMATES INC.,<br><br>　　　　　Defendant. | CASE NO.<br><br>**DEFENDANT POSTMATES INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**<br><br>Action Filed:   May 8, 2018 |

Pursuant to Rule 7.1(a) of Federal Rules of Civil Procedure, Defendant Postmates Inc., by and through its undersigned counsel, certifies that there is no such corporation to report at this time. Postmates Inc. will promptly file a supplemental statement pursuant to Rule 7.1(b)(2) if any required information changes.

Dated:  June 8, 2018                           GIBSON, DUNN & CRUTCHER LLP

                                               By:    */s/ Theane Evangelis*
                                                          Theane Evangelis

                                               Attorneys for Defendant POSTMATES INC.